**MCGUIREWOODS LLP**
DAVID C. POWELL SBN #129781
dpowell@mcguirewoods.com
ALICIA A. BAIARDO SBN #254228
abaiardo@mcguirewoods.com
ANTHONY Q. LE SBN #300660
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for Triangle Media Corporation, Apex Capital Group, LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a corporation, WELLS FARGO BANK, N.A., a national banking association,<br><br>Defendants. | CASE NO. 3:21-cv-01245-LAB-LL<br><br>Honorable Larry A. Burns<br><br>**DEFENDANTS WELLS FARGO & COMPANY AND WELLS FARGO BANK N.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1**<br><br>Complaint Filed: July 8, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned, counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may (i) have a financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(i) Wells Fargo Bank is a national banking association organized under the laws of the United States, and is a wholly-owned subsidiary of Wells Fargo & Company.

(ii) Wells Fargo & Company is the parent corporation of Wells Fargo Bank. Wells Fargo & Company is a publicly-traded corporation organized under the laws of Delaware. No other publicly held corporation owns 10% or more of Wells Fargo's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: August 5, 2021            MCGUIREWOODS LLP

By: */s/ Anthony Q. Le*
    Anthony Q. Le

*Attorneys for Defendants*
*Wells Fargo & Company and Wells*
*Fargo Bank N.A*

CASE NO. 3:21-cv-01245-LAB-LL            1
DEFENDANTS WELLS FARGO & COMPANY AND WELLS FARGO BANK N.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on August 5, 2021, the foregoing document entitled |
| 3 | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT** |
| 4 | **TO FED. R. CIV. PROC. 7.1** was electronically filed with was the Clerk of the |
| 5 | Court for the United States District Court, Southern District of California using the |
| 6 | CM/ECF system; thereby upon completion the ECF system automatically |
| 7 | generated a "Notice of Electronic Filing" as service through CM/ECF to registered |
| 8 | e-mail addresses of parties of record in the case. |

By: */s/ Anthony Q. Le*
     Anthony Q. Le